1   GARY OWEN CARIS (SBN 088918)
       gcaris@mckennalong.com
2   LESLEY ANNE HAWES (SBN 117101)
       lhawes@mckennalong.com
3   ANGELA E. FONES (SBN 245204)
       afones@mckennalong.com
4   McKENNA LONG & ALDRIDGE LLP
     444 South Flower Street, 8th Floor
5   Los Angeles, CA  90071-2901
     Telephone:  (213) 688-1000
6   Facsimile:   (213) 243-6330

7   Attorneys for Plaintiff
    **ROBB EVANS** as Receiver

8

9                    **UNITED STATES DISTRICT COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

| | |
|---|---|
| 12   ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd., | CASE NO. CV06-37 ABC (VBKx) |
| | **JUDGMENT AGAINST DEFENDANTS HARRY MACK GILBERT, EVELYN GILBERT AND KIMBERLY OLMOS** |
| Plaintiff, | |
| v. | [F.R.C.P. 56] |
| | DATE:        September 22, 2008 |
| SEYMOUR H. SACHS, individually and as Trustee of the Seymour H. Sachs, An Accountancy Corporation Profit Sharing Trust; RUTH SACHS, individually and as Trustee of the Seymour H. Sachs, An Accountancy Corporation Profit Sharing Trust, et al., | TIME:        10:00 a.m. |
| | PLACE:    Courtroom 680 |
| Defendants. | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:17315096.1

[PROPOSED] JUDGMENT AGAINST DEFENDANTS - CASE NO. CV06-37 ABC (VBKx)

1    Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and

2    doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth

3    Fund, Ltd. ("Plaintiff"), brought his Motion for Summary Judgment against

4    Defendants Harry Mack Gilbert, Evelyn Gilbert and Kimberly Olmos, which was

5    heard on September 22, 2008 at 10:00 a.m. in Courtroom 680 of the above-

6    referenced Court, the Honorable Audrey B. Collins, United States District Judge

7    presiding.  Gary Owen Caris of McKenna Long & Aldridge LLP appeared on

8    behalf of the Plaintiff, Colin Hardacre appeared on behalf of Kimberly Olmos and

9    there were no other appearances despite due and proper notice having been given.

10   The Court having read and considered all papers filed in support of and in

11   opposition to the Motion for Summary Judgment, including all admissible evidence

12   filed in support of and in opposition to the Motion, the Court having heard and

13   considered the arguments and contentions of counsel, the Court determining that no

14   genuine issue as to any material fact exists and that Plaintiff is entitled to a

15   judgment as a matter of law, and the Court finding that good cause exists for entry

16   of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure under

17   the circumstances,

18   **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb

19   Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing

20   business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund,

21   Ltd., shall have judgment against Defendants Harry Mack Gilbert and Evelyn

22   Gilbert in the principal amount of $101,309.00, together with pre-judgment interest

23   on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date

24   of filing this lawsuit and through September 24, 2008, in the amount of $12,039.50

25   for a total judgment in the amount of $113,348.50 which judgment shall be joint

26   and several as to those Defendants, pursuant to the First, Second and Third Claims

27   for Relief asserted in Plaintiff's Complaint, together with an award of post-

28

1  judgment interest accruing from and after the date of entry of judgment until paid in

2  full pursuant to 28 U.S.C. § 1961;

3  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

4  Plaintiff Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually

5  and doing business as Financial Advisory Consultants, Income Fund, Ltd. and

6  Growth Fund, Ltd., shall have judgment against Defendant Kimberly Olmos in the

7  principal amount of $88,028.00 together with pre-judgment interest on said sum at

8  the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this

9  lawsuit and through September 24, 2008, in the amount of $10,457.45 for a total

10  judgment in the amount of $98,485.45 pursuant to the First, Second and Third

11  Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-

12  judgment interest accruing from and after the date of entry of judgment until paid in

13  full pursuant to 28 U.S.C. § 1961;

14  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the

15  judgment entered against the defendants herein and any other judgments entered

16  heretofore or hereafter in this action against any other defendants are several as to

17  each such defendant unless otherwise expressly stated in the judgment to be joint

18  and several as to the particular defendants; and

19  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there

20  is no just reason for delay in entry of this final judgment against Defendants Harry

21  Mack Gilbert, Evelyn Gilbert and Kimberly Olmos, and the Court expressly directs

22  the entry of this separate judgment against said defendants pursuant to F.R. Civ. P.

23  54 notwithstanding whether this action remains pending against other defendants.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

LA:17315096.1

[PROPOSED] JUDGMENT AGAINST DEFENDANTS - CASE NO. CV06-37 ABC (VBKx)

1     **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter this

2  judgment forthwith notwithstanding whether this action remains pending against

3  other defendants.

4

5

6  DATED:  September 29, 2008_____

7

8                                         HON. AUDREY B. COLLINS

9                                         UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] JUDGMENT AGAINST DEFENDANTS - CASE NO. CV06-37 ABC (VBKx)

LA:17315096.1